[No. 68135-4-I. Division One. December 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON MCHENRY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00640-3, Ronald L. Castleberry, J., entered December 28, 2012. *Remanded* by unpublished per curiam opinion.

[No. 68343-8-I. Division One. December 17, 2012.]

DUANE STORTI, *Appellant*, v. THE UNIVERSITY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-44086-1, Bruce W. Hilyer, J., entered June 24, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Verellen, J.; Appelwick, J., dissenting.

[No. 68752-2-I. Division One. December 17, 2012.]

*In the Matter of the Detention of* M.V.

Appeal from a judgment of the Superior Court for King County, No. 12-6-01046-8, Julie A. Spector, J., entered April 18, 2012. *Remanded* by unpublished per curiam opinion.

[No. 69030-2-I. Division One. December 17, 2012.]

*In the Matter of the Post-Sentence Review of* AARON LEIGH.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04651-1, Kimberley Prochnau, J., entered June 12, 2012. *Granted* by unpublished per curiam opinion.